```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONCORD ASSOCIATES, L.P.
CONCORD RACEWAY CORPORATION,
CONCORD KIAMESHA CASINO, LLC,
CONCORD RESORT, LLC,
CONCORD KIAMESHA, LLC, and
CONCORD KIAMESHA HOTEL, LLC,,
                              Plaintiffs,

                -against-

ENTERTAINMENT PROPERTIES TRUST,
EPT CONCORD, LLC, EPT CONCORD II, LLC,
EMPIRE RESORTS, INC., MONTICELLO
RACEWAY MANAGEMENT, INC., KIEN
HUAT REALTY III LIMITED, GENTING NEW
YORK LLC, and JOHN DOES 1 TO 5,A
                              Defendants.
------------------------------------------------------------X

12 **CIVIL** 1667 (ER)

**JUDGMENT**

      Currently pending before the Court are two motions to dismiss the Amended Complaint, one filed by Defendants Empire Resorts Inc., Monticello Raceway Management, Inc., Entertainment Properties Trust, EPT Concord, LLC, and EPT Concord II, LLC, and the other filed by Defendants Kien Kuat Realty III Limited and Genting New York, LLC, who also join in the first motion, and the matter having come before the Honorable Edgardo Ramos, United States District Judge, and the Court, on September 18, 2013, having rendered its Order granting both motion for the reasons in the Opinion and Order filed September 18, 2013 under seal, granting Plaintiffs' antitrust claims with prejudice, and declining to exercise supplemental jurisdiction over Plaintiffs' state law claims, and therefore dismissing those claims without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2013, and the Opinion and Order filed September 18, 2013 under seal, both motions are granted and Plaintiffs' antitrust claims are dismissed with prejudice; the Court

declines to exercise supplemental jurisdiction over Plaintiffs' state law claims and therefore those claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 19, 2013

BY: *[signature]*

RUBY J. KRAJICK
Clerk of Court

Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____