**GREENBERG TRAURIG, LLP**
James I. Serota
Scott Martin
Roy Taub
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400
serotaj@gtlaw.com
martinsc@gtlaw.com
taubr@gtlaw.com

*Attorneys for Plaintiffs-Appellants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CONCORD ASSOCIATES, L.P., CONCORD RACEWAY CORPORATION, CONCORD KIAMESHA CASINO LLC, CONCORD KIAMESHA CAPITAL CORP., CONCORD RESORT, LLC, CONCORD KIAMESHA, LLC, and CONCORD KIAMESHA HOTEL, LLC | : : : : : : : : |
| Plaintiffs, | : : |
| -against- | : : |
| ENTERTAINMENT PROPERTIES TRUST, EPT CONCORD, LLC, EPT CONCORD II, LLC, EMPIRE RESORTS, INC., MONTICELLO RACEWAY MANAGEMENT, INC., KIEN HUAT REALTY III LIMITED, GENTING NEW YORK LLC, and JOHN DOES 1 TO 5, | : : : : : : : |
| Defendants. | : |

Civ. No. 12-cv-1667 (ER)

**NOTICE OF APPEAL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      NOTICE IS HEREBY GIVEN THAT all Plaintiffs (Concord Associates, L.P.; Concord Raceway Corporation; Concord Kiamesha Casino LLC; Concord Kiamesha Capital Corp.; Concord Resort, LLC; Concord Kiamesha, LLC; and Concord Kiamesha Hotel, LLC) hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered

on this action on September 19, 2013, and the Court's preceding Opinion and Order of September 18, 2013, dismissing with prejudice the Amended Complaint (Dkt. Nos. 69 and 70).

Dated: October 18, 2013                                    GREENBERG TRAURIG, LLP


    /s/ James I. Serota
James I. Serota
Scott Martin
Roy Taub
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400
serotaj@gtlaw.com
martinsc@gtlaw.com
taubr@gtlaw.com

*Attorneys for Plaintiffs-Appellants*